UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Leota Hardy,

                Plaintiff,

vs.                                     ORDER ADOPTING REPORT
                                        AND RECOMMENDATION

United States Department of the Interior, Bureau of Indian Affairs Minnesota Agency, Eugene Virden, and Shirley VanAstine, United States Department of the Interior of the Interior Bureau of Indian Affairs Midwest Regional Office, Terry Virden, Realty Department of the United States Department of the Interior Bureau of Indian Affairs Midwest, Dirk Kempthorne Interior Secretary, The Minnesota Chippewa Tribe Finance Agency, A.K.A. Minnesota Chippewa Tribal Housing Corporation, Jon Connor, Beltrami Electric Cooperative, Inc., Sam Mason, Dan Dow, And Realty Department of the United States Department of the Interior Bureau of Indian Affairs Minnesota Agency, United States Department of the Interior, Interior Board of Indian Appeals, Administrative Law Judge, Debora Luther, Teresa Garrity, Field Solicitor U.S. Department of the Interior Ft. Snelling Minnesota Office, and The Minnesota Housing Finance Agency,

                Defendants.                 Civ. No. 07-3858 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1. That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied, as moot.

2. That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

Dated: October 30, 2007                              <u>s/James M. Rosenbaum</u>
                                                                       James M. Rosenbaum, Chief Judge
                                                                       United States District Court